UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **CHRISTOPHER PRICE,**<br><br>**Plaintiff,**<br><br>v.<br><br>**STAPLES, INC.,**<br><br>**Defendant(s)** | Civil Action No. 09-cv-1890 KSH-PS<br><br>**ENTRY OF APPEARANCE OF<br>MICHAEL A. GALPERN, ESQUIRE** |

Please enter the appearance of Michael A. Galpern, Esquire of the LOCKS LAW FIRM, LLC as counsel of record, on behalf of Plaintiff, Christopher Price in the above captioned matter.

**LOCKS LAW FIRM LLC**
Attorneys for Plaintiffs

By: _____
Michael A. Galpern, Esquire
**Attorney ID: mag6262**
LOCKS LAW FIRM, LLP
457 Haddonfield Road, Suite 500
Cherry Hill, NJ 08002
Telephone: 856-663-8400
Facsimile: 856-661-8400

Dated: June 8, 2009

KLAFTER OLSEN & LESSER LLP
Jeffrey A. Klafter (*pro hac vice*)
Seth R. Lesser
Fran L. Rudich
1311 Mamaroneck Avenue, Suite 220
White Plains, NY 10605
Telephone: (914) 997-5656
Facsimile: (914) 997-2444

MASON LAW FIRM, L.L.P.
Gary E. Mason (*pro hac vice*)
Nicholas A. Migliaccio (*pro hac vice*)
1225 19th Street Northwest
Washington, DC 20036
Telephone: (202) 429-2290
Facsimile: (202) 429-2294

BERGER & GOTTLIEB
Bradley Berger
Jeffrey Gottlieb
150 East 18th Street, Suite PHR
New York, NY 10003
Telephone: (212) 228-9795
Facsimile: (212) 982-6284
*Attorneys for Plaintiff*